No. 78–5153.  JAFREE *v.* CLEVELAND STATE UNIVERSITY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 78–5189.  DICKSON *v.* COLMAN, SHERIFF, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 78–5214.  JACKSON *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 78–5215.  LARSON *v.* MILLER.  Sup. Ct. Ark.  Certiorari denied.

No. 78–5219.  MAYO *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 78–5220.  SLOCUM *v.* HOPPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 78–5221.  JOHNSON *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 78–5222.  KING, AKA MCCULLOUGH ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 78–5229.  TRACY, DECEASED, BY VOIGT *v.* UNIVERSITY OF UTAH HOSPITAL ET AL.  Sup. Ct. Utah.  Certiorari denied.

No. 78–5236.  GAMBLE *v.* ESTELLE, CORRECTIONS DIRECTOR, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 78–5238.  KAVANAUGH *v.* GRUNDMAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 78–5239.  RUETZ *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 78–5244.  MARTIN *v.* CORPUS CHRISTI PARISH CREDIT UNION.  Sup. Ct. La.  Certiorari denied.